UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61153-RAR

**DRONE NERDS FRANCHISING, LLC**,

    Plaintiff,

v.

**KRISS CHILDRESS,** *et al.*,

    Defendants.
_____/

**KRISS CHILDRESS,**

    Counter-Plaintiff,

v.

**DRONE NERDS FRANCHISING, LLC**,

    Counter-Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 87] ("Report"), filed on October 7, 2020. The Report recommends that the Court grant in part and deny in part Defendant/Counter-Plaintiff's ("Defendant Childress") Motion for Attorneys' Fees and Costs [ECF No. 83] ("Motion"). *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and the consequences for failing to object. *Id.* at 12. The time for objections has passed and no party filed any objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely

objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  FED. R. CIV. P. 72 advisory committee's notes (citation omitted).  Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").  In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings.  Rather, the Court reviewed the Report for clear error.  Finding none, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report [**ECF No. 87**] is **AFFIRMED AND ADOPTED**.

2. The Motion [**ECF No. 83**] is **GRANTED IN PART AND DENIED IN PART**. Defendant Childress is awarded attorneys' fees in the amount of **$20,947.50** and zero costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of October, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record
Magistrate Judge Jared M. Strauss