UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61153-RAR

**DRONE NERDS FRANCHISING, LLC**,

    Plaintiff,

v.

**KRISS CHILDRESS,** *et al.*,

    Defendants.
_____/

**KRISS CHILDRESS,**

    Counter-Plaintiff,

v.

**DRONE NERDS FRANCHISING, LLC**,

    Counter-Defendant.
_____/

**KRISS CHILDRESS,**

    Third-Party Plaintiff,

v.

**DRONE NERDS, INC.**,

    Third-Party Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 121] ("Report"), entered on November 15, 2021. The Report recommends that the Court grant Impleader Defendant's Motion to Dismiss [ECF No. 111] ("Motion to Dismiss"). Report at 1. Counter-Plaintiff/Judgment Creditor filed objections

to the Report on November 29, 2021, [ECF No. 123] ("Objections"), and the Impleader Defendant filed a Response in Opposition to Judgment-Creditor's Objections, [ECF No. 127] ("Response to Objections"), on December 8, 2021.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed the Motion to Dismiss [ECF No. 111], Counter-Plaintiff/Judgment Creditor's Response in Opposition to Impleader Defendant's Motion to Dismiss [ECF No. 115], the Impleaded Defendant's Reply in Support of its Motion to Dismiss [ECF No. 119], the Report, the Objections, the Response to Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 121] is **AFFIRMED AND ADOPTED**.
2. Impleader Defendant's Motion to Dismiss [ECF No. 111] is **GRANTED.**
3. Accordingly, Counter-Plaintiff/Judgment Creditor's Impleader Complaint [ECF No. 98] is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 20th day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**